UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ESTATE OF JACK VANDEGRIFF )<br>c/o Jason D. Vandegriff )<br>4600 Topsail Way )<br>Knoxville, Tennessee 37918, )<br>)<br>ANN MARIE RUDD, )<br>10043 Rutledge Pike )<br>Knoxville, Tennessee 37721, )<br>)<br>RICHARD TYLER FAWVER )<br>10043 Rutledge Pike )<br>Knoxville, Tennessee 37721, )<br>)<br>SAMANTHA ROLOFF )<br>3116 Washington Ridge Way )<br>Apartment 501 )<br>Knoxville, Tennessee 37901, )<br>)<br>KNOX COUNTY BOARD OF EDUCATION )<br>Serve through Registered Agent, )<br>Knox County Law Director, 6th Floor )<br>City-County Building )<br>400 Main Street )<br>Knoxville, Tennessee 37902, )<br>)<br>HAROLD HOUSER )<br>4333 Felty Drive )<br>Knoxville, Tennessee 37918 )<br>)<br>and )<br>)<br>KATHLEEN SUE CARPENTER )<br>6717 Washington Pike )<br>Knoxville, Tennessee 37918, )<br>)<br>Defendants. ) | No.   3:09-cv-00281 |

**ORDER GRANTING AUTO-OWNERS INSURANCE COMPANY'S
ENTRY OF DEFAULT JUDGMENT**

1

This matter came before the Court upon Plaintiff Auto-Owners Insurance Company's Motion for Entry of Default Judgment against the Estate of Jack Vandegriff. Good cause having been shown, namely that the Estate of Jack Vandegriff has not answered or otherwise responded to the Complaint for Declaratory Judgment filed on June 25, 2009, after being duly served with Summons and a copy of the Complaint for Declaratory Judgment, it is hereby,

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Entry of Default Judgment is **GRANTED**, and that judgment is **ENTERED** in favor of Plaintiff Auto-Owners Insurance Company and against Defendant the Estate of Jack Vandegriff.

The Court **DECLARES** that Plaintiff Auto-Owners Insurance Company has no duty or obligation under the insurance policies issued to Jack Vandegriff to defend or indemnify Defendant Estate of Jack Vandegriff in the action styled *Ann Marie Rudd, individually and as best of friend to Richard Tyler Fawver v. Samantha Roloff, and Knox County Board of Education, and John Doe, and Harold Houser, and Kathleen Sue Carpenter, and The Estate of Jack Vandegriff*, Knox County Circuit Court, Docket Number 3-336-07. Auto-Owners Insurance Company may submit its Bill of Costs to the clerk.

**ENTER** this the 22ND day of MARCH, 2010.

_____
THOMAS W. PHILLIPS
United States District Judge